Case 04-75881    Doc 31    Filed 02/29/08    Entered 02/29/08 09:45:44    Desc Main
             Document      Page 1 of 1

## United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: WANDA S. GEORGE                                    Case Number: 04-75881
       6089 PARIS PLACE
       ROCKFORD, IL  61109          SSN-xxx-xx-6269

                                                          Case filed on:      11/24/2004
                                                          Plan Confirmed on:   2/18/2005
                     P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,775.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | WANDA S. GEORGE | 0.00 | 0.00 | 75.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 75.00 | 0.00 |
| 001 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CRUSADER CLINIC | 240.00 | 240.00 | 151.20 | 0.00 |
| 005 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | GRANT PARK AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | IOS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MCLEOD USA | 733.48 | 733.48 | 462.10 | 0.00 |
| 012 | NICOR GAS | 149.75 | 149.75 | 94.34 | 0.00 |
| 013 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY INC | 722.23 | 722.23 | 455.02 | 0.00 |
| 017 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,845.46 | 1,845.46 | 1,162.66 | 0.00 |
|  | Grand Total: | 3,209.46 | 3,209.46 | 2,601.66 | 0.00 |

Total Paid Claimant:       $2,601.66
Trustee Allowance:         $173.34          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    63.00            discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan